IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:04cr00633-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARIO YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on April 21, 2014, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Edward Bryan.

The supervision violation report was referred to Magistrate Judge George J. Limbert for the issuance of a Report and Recommendation. The Report and Recommendation was issued on March 31, 2014 [Doc. 49]. No objections having been filed the Court adopted the Report and Recommendation of the Magistrate Judge and found that the following terms of supervision had been violated:

      1) new criminal law conviction in Richland County, Ohio of

         trafficking in cocaine.

The Court found the instant violation to be Grade A and defendant's Criminal History Category to be V. The Court entertained statements from counsel and the defendant and

considered the 3553(a) factors prior to sentencing.

Defendant is committed to the Bureau of Prisons for a term of 30 months with 20 months to run concurrent with defendant's state sentence and the remaining 10 months to run consecutive to the state sentence.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: April 21, 2014                                  s/   *James S. Gwin*                         
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE