UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:04-cr-00633 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | OPINION & ORDER |
| | : | [Resolving Doc. 55] |
| MARIO YOUNG, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

The Court **DENIES** Defendant Mario Young's sentence reduction and compassionate release motion.

## I.    Background

In 2014, this Court imposed a 30-month prison sentence when Defendant was convicted on state charges, thereby violating the terms of his supervised release.[1]  The Court ordered 20 months of the federal sentence to run concurrent with Defendant's state sentence and the remaining 10 months to run consecutive to the state sentence.[2]

Defendant is currently serving a 10-year mandatory Ohio prison sentence, which is set to expire on October 28, 2023.[3]

## II.    Discussion

---

[1] Doc. 52.
[2] *Id.*
[3] Doc. 56.

Case No. 1:04-cr-00633
GWIN, J.

On September 22, 2021, Defendant moved *pro se* for a reduction in his federal sentence and compassionate release.[4]  Defendant seeks to reduce the 10-month sentence that the Court ordered to run consecutive to the state sentence.[5]

On April 18, 2022, Defendant's counsel filed a notice indicating that counsel declined to supplement the *pro se* motion.[6]  Counsel confirmed that Defendant is presently in Ohio custody.[7]

Because the Court lacks jurisdiction over a defendant who "has not commenced serving [a] federal sentence," this Court must deny Defendant Young's motion.[8]

When transferred to federal custody, if Defendant Young believes that there are "extraordinary or compelling reasons"[9] that warrant a reduction in his sentence, he should contact his court-appointed counsel to file an appropriate motion.

###   III.    Conclusion

Defendant's motion is **DENIED**.

IT IS SO ORDERED.

Dated: April 21, 2022                              s/      *James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE

---

[4] Doc. 55.
[5] *Id.*
[6] Doc. 56.
[7] *Id.*
[8] *United States v. Caley*, 2022 WL 229877, at *2 (E.D. Mich. Jan. 25, 2022).
[9] 18 U.S.C. § 3582(c)(1)(A)(i).